# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1305

_____

| | | |
|---|---|---|
| Donald Wayne Duncan, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: January 25, 2007
Filed: January 30, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Donald Wayne Duncan appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of his lawsuit against the United States. To the extent Duncan's brief-- which simply restates most of his claims and allegations--is sufficient to raise any issues for review, see Harris v. Folk Constr. Co., 138 F.3d 365, 366-67 n.1 (8th Cir. 1998) (by failing to assert grounds for challenging certain rulings, appellant is deemed to have waived related issues on appeal), we find no basis for reversal, see Moore v.

_____

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (de novo standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____